IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRADFORD ENERGY CAPITAL, LLC and BRADFORD DRILLING ASSOCIATES XXVII L.P., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | |
| v. | Case No. 2:17–cv–01231–MJH |
| SWEPI LP and ROCKDALE MARCELLUS LLC, | Judge Marilyn J. Horan |
| Defendants. | |

## ORDER OF COURT

AND NOW, this __12th__ day of __November__, 2020, upon consideration of the Motion to Recover Attorney's Fees and Costs Incurred By Defendant Rockdale Marcellus, LLC, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED as follows:

    1.    Defendant Rockdale Marcellus, LLC ("Rockdale") is awarded its reasonable attorney's fees and costs in the amount of $1,424,336.19.

    2.    Plaintiffs shall remit the amount of $1,424,336.19 to Rockdale within forty–five (45) days of the date of this Order of Court.

BY THE COURT:

_____
Marilyn J. Horan
United States District Judge