IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRADFORD ENERGY CAPITAL, LLC, and BRADFORD DRILLING ASSOCIATES XXVII L.P., | Case No. 2:17-cv-01231-MJH |
| | Hon. Marilyn J. Horan |
| Plaintiffs, | Electronically Filed |
| vs. | |
| SWEPI LP, and ROCKDALE MARCELLUS, LLC, | |
| Defendants. | |

## ORDER

AND NOW, this 12th day of November, 2020, upon consideration of Defendant SWEPI LP's ("SWEPI") Motion for Attorneys' Fees and Costs (the "Motion") and the briefs and arguments of counsel it is hereby ORDERED that the Motion is GRANTED. SWEPI is awarded its reasonable attorneys' fees and costs in the total amount of $174,906.33, payable by Plaintiffs Bradford Energy Capital, LLC and Bradford Drilling Associates XXVII L.P. (collectively, "Bradford") within sixty (60) days of the date of this Order.

BY THE COURT:

*Marilyn J. Horan*, J.